IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02347-CMA
Criminal Action No. 88-cr-00064-CMA-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GARY DEWILLIAMS,

     Movant.

_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with the Order entered by the Honorable Christine M. Arguello, U.S. District Court Judge, on September 11, 2012, the following Final Judgment is hereby entered:

It is ORDERED that the motion titled "Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)" (Doc. # 61) that Movant, Gary DeWilliams, filed pro se on May 30, 2012, in his criminal case, No. 88-cr-00064-CMA-1, and which the Court has treated as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, is DENIED and the action DISMISSED for lack of jurisdiction. It is

FURTHER ORDERED that no certificate of appealability will issue because Movant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed in forma pauperis on appeal is denied.  It is

FURTHER ORDERED that the corresponding civil action is closed.

Dated at Denver, Colorado this ____12th____ day of September, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/ Edward P. Butler_____
    Edward P. Butler, Deputy Clerk